```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF RHODE ISLAND
```

Charlie D. Vick

    v.                                      Case No. 19-cv-267-SM

United States Marshals Service, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 11, 2019, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                            _____
                                            Steven J. McAuliffe
                                            United States District Judge

Date: January 13, 2020

cc:  Charlie D. Vick, pro se
     Helen H. Lee, Esq.
     Zachary A. Cunha, Esq.